JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACILISA PENA TORRES,<br><br>    Plaintiff,<br><br>vs.<br><br>POPULUS FINANCIAL GROUP, INC., a Texas corporation, d.b.a. ACE CASH EXPRESS; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-08133-SVW-GJS<br><br>**ORDER RE REQUEST TO REMAND CASE TO STATE COURT**<br><br><br><br>Trial Date: April 6, 2021 |

**THE COURT HEREBY ORDERS** that pursuant to the stipulation between Plaintiff, Bacilisa Pena Torres ("Plaintiff"), and Defendant, POPULUS FINANCIAL GROUP, INC., a Texas Corporation, d.b.a. ACE CASH EXPRESS ("Defendant"); Plaintiff has stipulated that the amount in controversy will be limited to $75,000.00. As such, this matter is outside the scope of federal jurisdiction pursuant to 28 U.S. Code Section 1332.

///

///

///

///

///

///

1    IT IS FURTHER ORDERED that the stipulated request of the parties to remand this matter to
2 the Superior Court of California, County of Los Angeles, entitled Bacilisa *Pena Torres v. Populus*
3 *Financial Group, Inc., a Texas Corporation, d.b.a. Ace Cash Express*, Case Number 20STCV17735, is
4 hereby granted.

5

6

7 DATED: __March 8, 2021__                    _____
                                                **Honorable Stephen V. Wilson**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the action; my business address is 1611 N. San Fernando Blvd, Burbank, CA 91504.

On March 1, 2021, I served the following documents described below:

**[PROPOSED] ORDER RE REQUEST TO REMAN CASE TO STATE COURT**

on the interested parties of record in the action by placing _____ the original __X__ a true copy thereof and addressed as follows:

Tiffany B. Hunter, Esq.   *Attorneys for Defendant, Populus*
Clark Hill LLP            *Financial Group, Inc.*
1055 West Seventh Street Suite 2400
Los Angeles, CA 90017
(213) 891-9100
Fax (213) 488-1178
E-Mail: thunter@ClarkHill.com

__X__ ONLY BY ELECTRONIC TRANSMISSION. Only by e-mailing the document(s) to the persons at the e-mail address(es). This is necessitated during the declared National Emergency due to the Coronavirus (Covid-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the national emergency.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 1, 2021, at Burbank, California.

_____
Isahak Khachatryan